1  August Gugelmann, SBN 240544
   SWANSON & McNAMARA LLP
2  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
3  Telephone: (415) 477-3800
   Facsimile: (415) 477-9010
4
   Attorney for JOSE MIGUEL ROBLES
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>JOSE MIGUEL ROBLES,<br>　　　　　　　　　　Defendant. | Case No. 4:21-MJ-71411-MAG<br><br>**STIPULATION AND ORDER TO CONTINUE AS MODIFIED** |

　　　　This case is currently set for an arraignment/preliminary hearing on February 3, 2022. The parties are requesting a continuance of the matter to 10:00 a.m. on March 24, 2022.  This will provide the parties with needed time to review discovery and discuss resolution of the case.

　　　　Pursuant to Rule of Criminal Procedure 5.1(d) and the Speedy Trial Act, Mr. Davis agrees to waive time for both the preliminary examination and under the Speedy Trial Act.  The government has produced voluminous discovery and defense counsel needs time to review and discuss the discovery with Mr. Robles.  The parties therefore request that the Court exclude from the time limits of 18 U.S.C. § 3161 the period from February 3 to March 24, 2022, to allow for effective preparation and continuity of counsel, and the parties agree that the ends of justice

served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

Dated: February 2, 2022

/s/
August Gugelmann
SWANSON & McNAMARA LLP
Attorneys for Jose Miguel Robles

/s/
Molly K. Priedeman
Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The matter is continued to March 24, 2022, at 10:00 a.m. The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial, and accordingly excludes time under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 until March 24, 2022. The Court finds this exclusion necessary for continuity of counsel and to allow for the effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv); Federal Rule of Criminal Procedure 5.1(c), (d).

Dated: February 2, 2022

Hon. Kandis A. Westmore
United States Magistrate Judge