August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for JOSE MIGUEL ROBLES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>vs.<br><br>JOSE MIGUEL ROBLES,<br><br>   Defendant. | Case No. 4:21-MJ-71411-MAG (DMR)<br><br>**STIPULATION AND ORDER TO CONTINUE** |

     This case is currently set for an arraignment/preliminary hearing on May 19, 2022. The parties are requesting a continuance of the matter to 10:30 a.m. on July 12, 2022. This will provide the parties with needed time to review discovery and discuss resolution of the case.

     Pursuant to Rule of Criminal Procedure 5.1(d) and the Speedy Trial Act, Mr. Robles agrees to waive time for both the preliminary examination and under the Speedy Trial Act. The government has produced voluminous discovery and defense counsel needs time to review and discuss the discovery with Mr. Robles. The parties therefore request that the Court exclude from the time limits of 18 U.S.C. § 3161 the period from May 19 to July 12, 2022, to allow for effective preparation and continuity of counsel, and the parties agree that the ends of justice

served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

Dated: May 16, 2022

        /s/
August Gugelmann
SWANSON & McNAMARA LLP
Attorneys for Jose Miguel Robles

        /s/
Molly K. Priedeman
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The matter is continued to July 12, 2022, at 10:30 a.m.  The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial, and accordingly excludes time under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 until July 12, 2022.  The Court finds this exclusion necessary for continuity of counsel and to allow for the effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv); Federal Rule of Criminal Procedure 5.1(c), (d).

Dated:  May 17, 2022

IT IS SO ORDERED
Judge Donna M. Ryu

Hon. Donna M. Ryu
United States Magistrate Judge